O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE,<br><br>               Plaintiff,<br>     vs.<br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | Case No. EDCV 12-0487-SJO (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss and summarily dismissing this action without prejudice.

June 14, 2013.

Dated: _____

*S. James Otero*

_____

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE