JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. CV 12-0487-SJO (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

JUNE 14, 2013.

Dated: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1